# Court of Appeals
# of the State of Georgia

ATLANTA, March 06, 2014

*The Court of Appeals hereby passes the following order*

**A14D0248. KEITH BEASLEY v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2011CC096



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, March 06, 2014.*

  *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*